UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61554-CIV-ZLOCH

JOHANNA SAVALLI,

      Plaintiff,

vs.

**FINAL ORDER OF DISMISSAL
AS TO DEFENDANT
NESTLE USA, INC.**

NESTLE USA, INC., and
GERBER PRODUCTS COMPANY,

      Defendants.
_____/

    THIS MATTER is before the Court upon Plaintiff Johanna Savalli's Notice Of Voluntary Dismissal Of Defendant (DE 12). The Court has carefully reviewed said Notice, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Plaintiff Johanna Savalli's Notice Of Voluntary Dismissal Of Defendant (DE 12) be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** without prejudice as to Defendant Nestle USA, Inc.; and

    3. To the extent not otherwise disposed of herein, all pending motions as to Defendant Nestle USA, Inc., are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of January, 2016.

                        /s/ William J. Zloch
                        WILLIAM J. ZLOCH
                        United States District Judge

Copies furnished:

All Counsel of Record